UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 21-6736 MWF (KS)                                           Date: October 12, 2021

Title   *Christina Marie Gragg v. Atascadero Police Department et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL

On August 17, 2021, Plaintiff, a California resident proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint against the Atascadero and Paso Robles Police Departments. (Dkt. No. 1 ("Complaint").) On August 24, 2021, the Court dismissed the Complaint for Plaintiff's failure to state a claim, but granted Plaintiff leave to amend and ordered Plaintiff to file a First Amended Complaint ("FAC") correcting the defects identified by the Court no later than September 14, 2021. (Dkt. No. 5.) Plaintiff has since attempted to file two letters with the Court, neither of which included the FAC or a request for more time to file the FAC, and the letters were stricken for violating Local Rule 83-2.5 (no letters to the judge) and Fed. R. Civ. P. 5 (no proof of service attached). (Dkt. Nos. 6-8.)

Nearly a month has now passed since Plaintiff's September 14, 2021 deadline for filing a FAC. To date, Plaintiff has not filed a First Amended Complaint, a request for an extension of time, or a Notice of Voluntary Dismissal. Rule 41(b) of the Federal Rules of Civil Procedure states that an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court may properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's August 24, 2021 Order.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before November 2, 2021**, why the Court should not recommend that this action be dismissed for failure to prosecute. Plaintiff may discharge this Order by filing: (1) a request for an extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury, explaining why she failed to comply with the Court's prior order; or (2) a

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV 21-6736 MWF (KS)                                    Date: October 12, 2021

Title     *Christina Marie Gragg v. Atascadero Police Department et al.*

First Amended Complaint correcting the deficiencies identified in the Court's August 24, 2021 Order. Alternatively, if Plaintiff does not wish to pursue this action, she may dismiss the Complaint without prejudice by filing a signed document entitled "Notice of Voluntary Dismissal" pursuant to Rule 41(a).

**Plaintiff is advised that the failure to respond to this order will result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

The Clerk is directed to send Plaintiff a copy of the Court's August 24, 2021 Order (Dkt. No. 5) and the Central District's standard civil rights complaint form.

**IT IS SO ORDERED.**

                                                                              :
                                                **Initials of Preparer**   gr