JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA MARIE GRAGG, | NO. CV 21-06736 MEMF (KS) |
| Plaintiff, | |
| v. | JUDGMENT |
| ATASCADERO POLICE DEPARTMENT, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:   July 5, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE